FOURTH DEPARTMENT, JULY, 1991

(July 12, 1991)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v

Jose Ramos Burgos, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Ontario County Court, Henry, Jr., J.—Criminal Sale Controlled Substance, 2nd Degree.) Present—Dillon, P. J., Doerr, Lawton, Lowery and Davis, JJ.